AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
APR - 3 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GARRETT A. JORDAN, III | ) | Case No.   4:19 MJ 7143 SPM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 2, 2019  in the county of  St. Louis City  in the
Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*
Detective Joshua P. Witcik, SLMPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/03/2019

_____
*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*